PEB: USAO 2014R00497

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS PAUL PEDONE,<br><br>Defendant. | CRIMINAL NO. RDB-14-0323<br><br>(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) & (b)(2);<br>Aiding and Abetting, 18 U.S.C. § 2,<br>Forfeiture, 18 U.S.C. § 2253, 2428) |

2014 AUG -5 P 3: 22
CLERK'S OFFICE
AT BALTIMORE
BY ___

## INDICTMENT

### COUNT ONE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland charges that:

Between on or about November 16, 2012 and on or about December 6, 2013, in the District of Maryland, the defendant,

**NICHOLAS PAUL PEDONE,**

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess and access with intent to view visual depictions of minors engaged in sexually explicit conduct, said files having been stored with the Defendant's email account nickpedone443@yahoo.com.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256
18 U.S.C. § 2

1

## COUNT TWO
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 6, 2013, in the District of Maryland, the defendant,

## NICHOLAS PAUL PEDONE,

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess an Emachine desktop, Model ET1831-05, S/N PTNB60202100300E0D2700, made in China, containing a Seagate 500GB hard drive, S/N 6VMAAC1V, made in China, that contained one or more visual depictions of minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 22566
18 U.S.C. § 2

## COUNT THREE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 6, 2013, in the District of Maryland, the defendant,

**NICHOLAS PAUL PEDONE,**

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess a Gateway laptop, model NV56R, S/N NXY20AA00122308A991601, made in China, containing a Seagate 500GB hard drive, S/N S2WFN8DR, made in China, that contained one or more visual depictions of minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252(a)(4)(B), (b)(2) & 2256
18 U.S.C. § 2

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Counts One through Three of this Indictment are incorporated here.

2. As a result of the offenses set forth in Counts One through Three of the Indictment in this case, the defendant,

**NICHOLAS PAUL PEDONE,**

shall forfeit to the United States his interest in all property, real and personal, (1) that was used and intended to be used to commit and to promote the commission of offenses in Counts One through Three, and any property traceable to such property, including but not limited to the following:

   a. Emachine desktop, model: ET1831-05, S/N: PTNB60202100300E0D2700, made in China, containing a Seagate 500GB hard drive, S/N: 6VMAAC1V, made in China; and

   b. Gateway laptop, model: NV56R, S/N: NXY20AA00122308A991601, made in China, containing a Seagate 500GB hard drive, S/N: S2WFN8DR, made in China.

as well as any property used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, or (2) that constitutes or traceable to gross profits or other proceeds obtained, directly or indirectly, as a result of the offense in Counts One through Three.

18 U.S.C. §§ 2253, 2428

*[signature]*
Rod J. Rosenstein
United States Attorney

**SIGNATURE REDACTED**

Foreperson
Date: August 5, 2014